**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x
                                    :
In re:                              :    Chapter 11
                                    :
RCN CORPORATION, et al.,             :    Case No. 04-13638 (RDD)
                                    :
        Reorganized Debtors.        :    Jointly Administered
                                    :
------------------------------------x

**FINAL DECREE, PURSUANT TO 11 U.S.C. § 350(a)**
**AND FED. R. BANKR. P. 3022, CLOSING CHAPTER 11 CASES**

      This matter having come before the Court upon the Motion For Entry Of Final Decree, Pursuant to 11 U.S.C. § 350(a) And Fed. R. Bankr. P. 3022, Closing Chapter 11 Cases, dated May 16, 2006 (the "Motion"); and it appearing that good and sufficient notice having been provided to parties in interest, and it appearing that no other or further notice need be provided; and no objections to the relief requested in the Motion having been filed; and the Court having determined that the legal and factual bases set forth in the Motion establish cause for the relief requested therein; and after due deliberation and sufficient cause appearing therefor, it is hereby

      **ORDERED** that the Motion is granted in its entirety; and it is further

      **ORDERED** that each of the Reorganized Debtors' chapter 11 cases listed on Exhibit A attached hereto (the "Chapter 11 Cases") are closed pursuant to section 350(a) of the Bankruptcy

Code and that a final decree is hereby granted for each of the

Chapter 11 Cases.

Dated:  New York, New York
        June 13, 2006

                                      /s/Robert D. Drain
                                      HONORABLE ROBERT D. DRAIN,
                                      UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## LIST OF CHAPTER 11 CASES TO BE CLOSED

| Reorganized Debtor | Case Number |
| --- | --- |
| RCN Corporation | 04-13638 |
| TEC Air, Inc. | 04-13641 |
| RLH Property Corporation | 04-13639 |
| RCN Finance, LLC | 04-13640 |
| Hot Spots Productions, Inc. | 04-13637 |
| RCN Cable TV of Chicago, Inc. | 04-15120 |
| RCN Telecom Services of Virginia, Inc. | 04-15508 |
| RCN Entertainment, Inc. | 04-15505 |
| 21st Century Telecom Services, Inc. | 04-15507 |
| ON TV, Inc. | 04-15506 |