# UNISYS

August 7, 2006

Clerk of the Bankruptcy Court
U.S. Bankruptcy Court
The Old Custom House
1 Bowling Green
New York, NY  10004

      **In Re: RCN Corporation, et al.**
           **Case No. 04-13638 (RDD)    Chapter 11**

Dear Clerk of the Bankruptcy Court:

Effective immediately, please remove John Huige from your mailing list as he is no longer with our Company.  Copies should continue being sent to Janet Fitzpatrick.

If there are any questions or problems, I can be reached at (215) 986-6265 or by fax at (215) 986-5721.  Thank you for your cooperation and assistance.

           Sincerely,

           Janet Fitzpatrick
           Legal Assistant

/jb



RECEIVED
AUG 11 2006
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK